168 So. 668

**R. P. VAUGHN, alias Albright, v. STATE.**

**I Div. 894.**

Supreme Court of Alabama.

April 23, 1936.

Rehearing Denied June 18, 1936.

■

Rosa Gerhardt, of Mobile, for appellant. A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

The judgment of conviction is reversed, and the cause is remanded upon authority of Frank Millhouse v. State (Ala.Sup.) 168 So. 665, this day decided.

Reversed and remanded.

ANDERSON, C. J., and GARDNER and BROWN, JJ., concur.

THOMAS, FOSTER, and KNIGHT, JJ., dissent.